AO 91 (Rev. 02/09) Criminal Complaint

**FILED**
JUL 19 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____VS_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America <br> v. <br> Jesus VASQUEZ Jr. <br> _____ <br> *Defendant* | ) <br> ) <br> ) Case No. DR:17-M-03772-001 <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/18/2017  in the county of   Val Verde   in the   Western   District of
  Texas  , the defendant violated   Title 8   U. S. C. §   1324(a)(1)(A)(v)(I)&(B)(i)  
, an offense described as follows:

Unlawfully transported or conspired to transport two (2) undocumented aliens by means of a vehicle within the Western District of Texas in knowing or reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in violation of Title 8 United States Code 1324 (a)(1)(A)(ii).

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jimmy Godlewski, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   07/19/2017  

_____
*Judge's signature*

City and state:   Del Rio, Texas                     Collis White, U.S. Magistrate Judge
*Printed name and title*

Attachment A

On July 18, 2017, at approximately 1730 hours a 2009 green Pontiac GT bearing Texas license plate JNL-1466, approached the United States Border Patrol Immigration Checkpoint on Highway 277 North near Del Rio, Texas. At primary inspection Border Patrol Agent (BPA) Mathew Bauer questioned the three occupants as to their citizenship. The driver of the vehicle, a United States citizen, was later identified as Jesus Vasquez. BPA Bauer questioned the passenger in the rear seat as to his citizenship and the male subject later identified as Celestino Sanchez-Herrera appeared nervous and did not reply to BPA Bauer's questioning. BPA Bauer referred the vehicle and the three occupants to secondary for further inspection. At secondary inspection, BPA Martinez interviewed Celestino Sanchez-Herrera as to his citizenship and Sanchez admitted to being a Mexican National in the United States illegally. The front passenger later identified as Jorge Morales-Velo was a Mexican national in the United States illegally. All persons were transported to the Del Rio, Texas Border Patrol Station for processing. Jesus Vasquez was charged with 8 USC 1324; illegal alien transportation.

During a post Miranda statement Celestino Sanchez-Herrera stated they traveled from Acuna, Coahuila, Mexico into the United States. Sanchez-Herrera stated he was going to pay $1500.00 USD to Vasquez for his smuggling arrangement. Sanchez-Herrera identified Jesus Vasquez from a six picture photograph line-up as the smuggler who picked him up from an unknown location in Del Rio, Texas and housed him for one day. Sanchez-Herrera identified Jesus Vasquez as the smuggler who was transporting him to San Antonio, Texas.

During a post Miranda statement Jorge Morales-Velo stated he traveled from Acuna, Coahuila, Mexico into the United States. Morales-Velo stated he was going to pay $1300.00 USD to Vasquez for his smuggling arrangement. Morales-Velo identified Jesus Vasquez from a six picture photograph line-up as the smuggler who picked him up from an unknown location in Del Rio, Texas and housed him for one day. Sanchez-Herrera identified Jesus Vasquez as the smuggler who was transporting him to San Antonio, Texas.